## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ralph Fettig and Lori Fettig, ) | |
| ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| BNSF RAILWAY COMPANY, a Foreign ) | |
| for Profit Corporation, and John Does ) | |
| 1-10 ) | |
| ) | Case No. 1:22-cv-064 |
| Defendants. ) | |

**IT IS ORDERED:**

A mid-discovery pretrial conference will be held before the magistrate judge on September 20, 2022, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 25th day of May, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court